UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
MICHAEL WAYNE HAITH                    CASE NO. 20-10866
5009 MS. FULLER ROAD                   JUDGE BENJAMIN A. KAHN
MEBANE, NC  27302

    DEBTOR

SSN(1) XXX-XX-4225                     DATE: 06/11/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT:  .00%<br>NAME ID: 1735<br>CLAIM #: 0008 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $0.00<br>INT:  .00%<br>NAME ID: 2794<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 5072<br>CAROL STREAM, IL  60197-5072 | $550.08<br>INT:  .00%<br>NAME ID: 179272<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 3778<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4225<br>COMMENT: OC |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $5,600.49<br>INT:  .00%<br>NAME ID: 158804<br>CLAIM #: 0006 | (U) UNSECURED<br><br>ACCT: 4183<br>COMMENT: COD,421TFCL |
| MARINER FINANCE LLC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD  21236 | $3,946.28<br>INT:  .00%<br>NAME ID: 149311<br>CLAIM #: 0004 | (U) UNSECURED<br><br>ACCT: 9891<br>COMMENT: COD |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4225<br>COMMENT: OC |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $10,097.32<br>INT:  .00%<br>NAME ID: 162216<br>CLAIM #: 0005 | (U) UNSECURED<br><br>ACCT: 5185<br>COMMENT: COD |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| UNC HEALTHCARE<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $3,453.86<br>INT: .00%<br>NAME ID: 170446<br>CLAIM #:  0009 | (U) UNSECURED<br><br>ACCT: 4225<br>COMMENT: |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $116.42<br>INT: .00%<br>NAME ID: 176005<br>CLAIM #:  0010 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| **TOTAL:** | **$23,816.45** | |
| DAMON DUNCAN ESQ<br>628 GREEN VALLEY RD STE 304<br>GREENSBORO, NC  27408 | $4,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  06/11/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice